STEIN, J

**ORIGINAL**

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By: SERRIN TURNER
Assistant United States Attorney
86 Chambers Street
New York, New York 10007
Telephone: (212) 637-2701
Fax: (212) 637-2686

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/22/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
GILBOA PERETZ,

       Plaintiff,

    v.

MICHAEL MUKASEY, Attorney General of the
United States, MICHAEL CHERTOFF, Secretary,
Department of Homeland Security, EMILIO
GONZALES, Director, U.S. Citizenship and
Immigration Services, MAURICE F. KILEY, District
Director, NYC District, U.S. Citizenship and
Immigration Services, JOE D. HOWERTON, Acting
District Director, NYC District, U.S. Citizenship and
Immigration Services,

       Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

07 Civ. 6287 (SHS)

**ECF Case**

### STIPULATION AND ORDER OF WITHDRAWAL

IT IS STIPULATED AND AGREED, by and between the undersigned counsel for the parties, that the above-captioned action be, and hereby is, dismissed as moot, without costs or attorney's fees to any party.

//

//

//

Dated: January 16, 2008
New York, New York

_____
Gilboa Peretz, *pro se*
590 Fort Washington Avenue
Apartment 3-N
New York, New York 10033

Dated: January 18, 2008
New York, New York

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
Attorney for Defendants

By: _____
SERRIN TURNER
Assistant United States Attorney
86 Chambers Street
New York, New York 10007
Tel.: (212) 637-2701
Fax: (212) 637-2686

SO ORDERED: 1/22/08

_____
UNITED STATES DISTRICT JUDGE